

**U.S. Department of Justice**
Federal Bureau of Prisons
*Federal Correctional Complex*

Office of the Complex Warden

4700 Bureau Road South
Terre Haute, Indiana 47802

March 30, 2020

Melanie Cable
14340 Blossom Hill Road B
Los Gatos, CA 95032

RE:  **LOUIS PETROSSI**
     **Register Number 53259-048**

Dear Ms. Cable:

I am in receipt of your correspondence regarding Louis Petrossi, who is an inmate housed at FCC Terre Haute. This is in response to your correspondence, regarding your request for a Compassionate Release/Reduction in Sentence based on the current COVID-19 virus.

As outlined in Program Statement, 5050.50, Compassionate Release/Reduction in Sentence, an inmate may file a request to the Warden if it has been determined he has been diagnosed with a terminal medical condition, debilitated medical condition, he/she is elderly or elderly with a medical condition. ==The current pandemic of the COVID-19 virus in the communities is not a qualifying factor that would warrant a motion to be filed with the sentencing court.==

In response to the recent spread of COVID-19 outside the facility, the facility has taken precautions and put screening factors in place to limit the possibility of disease entering the facility.

Finally, if a case of COVID-19 were to be confirmed within the facility, the facility has the medical capacity on site to address it. The facility employs a full-time Clinical Director who is a medical doctor and a Health Services Administrator who is a Registered Nurse. If the medical team determines an inmate is demonstrating symptoms, the facility would place him in medical isolation. If he needed further, more complex care, he would stay in medical isolation until such time he could be transferred to an outside medical hospital.  In conclusion, the fact that a new virus exists outside the facility is not grounds to release an inmate at this time.

I trust this addresses your concerns.

T.J. Watson, Complex Warden

EXHIBIT D