**Motion GRANTED.**
*[Judge's signature]*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:16-CR-2-1 |
| ) | JUDGE TRAUGER |
| EARON SILER ) | |

### MOTION TO SUBSTITUTE COUNSEL AND NOTICE OF APPEARANCE

Comes Michael C. Holley, Assistant Federal Public Defender, and hereby gives notice of his appearance in this matter and requests that all documents filed from this date forward be served upon him. Furthermore, the Court is moved to substitute AFPD Michael C. Holley for Mr. John Rodgers as counsel of record.

Respectfully submitted,

*s/ Michael C. Holley*
MICHAEL C. HOLLEY (BPR #021885)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047

Attorney for Earon Siler

### CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2020, I electronically filed this pleading with the U.S. District Court Clerk by using the CM/ECF system, which will send a Notice of Electronic Filing to Philip Wehby, Assistant United States Attorneys, Office of the U.S. Attorney, 110 Ninth Avenue North, Suite A961, Nashville, Tennessee, 37203.

*s/ Michael C. Holley*
MICHAEL C. HOLLEY