**Motion GRANTED.**
*/s/ Aleta A. Trauger*

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:16-cr-00002 |
| | ) | JUDGE TRAUGER |
| EARON SILER | ) | |

### GOVERNMENT'S MOTION FOR PERMISSION TO FILE RESPONSE AND EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully requests permission to file a response and a corresponding extension of time to respond to the Defendant's Motion for Compassionate Release (D.E. 99). In support thereof, the government submits the following. The defendant was sentenced to 120 months custody and four years of supervised release on June 24, 2019. (D.E. 96.) Currently, according to the Bureau of Prisons website, the defendant has a projected release date of August 16, 2024.

The defendant has filed a motion seeking his release based on his alleged high risk of harm from COVID-19 if he were to remain incarcerated due to his asthma and high blood pressure. (D.E. 99.) The defendant asserts that he has filed a request with the warden at USP Atlanta, but has not yet heard a decision on his request. Defense counsel indicates in the motion that he has sent a request to the defendant to obtain a copy of his submission to the Warden. (*Id*.) To date, no confirmation of that request or any decision has been submitted.

A response to the defendant's motion typically would have been due on May 12, 2020, though the courts have typically been directing a response time for the government to answer these motions and the government incorrectly assumed that would be the case here with this Court. In