**INMATE REQUEST TO STAFF** CDFRM

**FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title, of Staff Member) | DATE: 4-9-20 |
|---|---|
| warden woods | |
| FROM: Earon Silver | REGISTER NO. 24701-078 |
| WORK ASSIGNMENT: unicor | UNIT: D2 315 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

I am asking for help with the covid-19 releases that are going on. I suffer from bad Asthma all my life, and I have a non-violent case. I have no write ups and I have a perfect home plan ready. I have the sickle cell trait also. Any other info that I need to get to you please let me. I am Requesting compassionate release.

(Do not write below this line)

DISPOSITION: After a review of your case, we will not be pursuing a request for compassionate release on your behalf. Your request lacks specificity in accordance with procedures for implementation of 18 USC section 3582. No other documentation was submitted for a home plan to be considered for COVID-19 release.

| Signature-Staff Member | Date |
|---|---|
| Shore Prescribed by P45L | 4/9/20 |

Record Copy - File; Copy - Inmate
PDF

This form replaces BP-148.070 dated Oct 86 and BP-3148.070 APR 94